**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 223 EAL 2015
:
               Respondent :
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
         v. :
:
:
:
DAMIEN PHILLIPS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2015, the Petition for Allowance of Appeal and the Motion for Leave to Submit are **DENIED**.